598

429 A.2d 85

Commonwealth v. Tracy, Appellant.

Argued December 3, 1979. John F. Gibbons, for appellant; Michael Garfield, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH, and O'KICKI, JJ.*

The judgment of the lower court is hereby affirmed.

CAVANAUGH, J. filed a memorandum concurring statement.

429 A.2d 85

Commonwealth v. Wilson, Appellant.

Submitted December 3, 1979. James A. Downey III, for appellant; Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH, and O'KICKI, JJ.*

Judgment of sentence affirmed.

* President Judge Joseph F. O'Kicki of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.

* President Judge Joseph F. O'Kicki, of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.